UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEURY SOTO,**

      **Plaintiff,**

v.                                              Case No: 6:19-cv-556-Orl-41LRH

**OCEAN FISH MARKET INC. and
PEDRO C. ESPAILLAT,**

      **Defendants.**

                                      /

**ORDER**

THIS CAUSE is before the Court on the parties' Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice. ("Renewed Joint Motion," Doc. 19).

The parties previously filed a Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice ("Joint Motion," Doc. 17). The Joint Motion was denied without prejudice because parties failed to "provide a detailed explanation about why the Plaintiff agreed to compromise his FLSA claim," leaving the Court to speculate as to why Plaintiff agreed to settle his claim. (Aug. 8, 2019 Order, Doc. 18, at 4). The parties then filed the instant Renewed Joint Motion. Judge Hoffman issued a Report and Recommendation ("R&R," Doc. 20), in which she recommends granting in part the Joint Motion by approving the Settlement Agreement (Doc. 19-1) and amount of attorney's fees but denying in part by striking the modification provision. (*See generally id.*). The parties have filed a Joint Notice of Non-Objection (Doc. 21).

After a *de novo* review of the record, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 19) is **GRANTED in part**.
3. To extent that the modification provision the Settlement Agreement (Doc. 19-1 at ¶ 12) permits the parties to modify the agreement without Court approval, it is **STRICKEN**.
4. As modified herein, the parties' Settlement Agreement (Doc. 19-1) is **APPROVED**.
5. This case is **DISMISSED with prejudice**.
6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record